**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Miguel Andres Torres                         CHAPTER 13
              Debtor(s)

                                                    BKY. NO. 23-12103 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Ginnie Mae Processing and index same on the master mailing list.

                                    Respectfully submitted,

                                    /s/ Michael Farrington
                                    Michael Farrington
                                    12 Mar 2024, 14:18:37, EDT

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322

Document ID: ccc394cfc5f8b817df23896aeae5143719c8862a51517f855fe8865e813d48ac