UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Miguel Andres Torres<br><br>    Debtor | Chapter 13<br>Bankruptcy No.23-12103-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 13th day of March, 2024, by first class mail upon those listed below:

Miguel Andres Torres
2515 South Church St.
PH
Allentown, PA  18103

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

                                            */s/ Kristen Gliem*
                                            Kristen Gliem
                                            for
                                            Scott F. Waterman, Esquire
                                            Standing Chapter 13 Trustee