IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Miguel Andres Torres | | CHAPTER 13 |
| Debtor(s) | | |
| MIDFIRST BANK | Movant | |
| vs. | | NO. 23-12103 PMM |
| Miguel Andres Torres | Debtor(s) | |
| Scott F. Waterman | Trustee | |

### CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

This matter, having been brought before the Court by Michael P. Farrington, Esq., KML Law Group, P.C., attorneys for Secured Creditor, MIDFIRST BANK, holder of a mortgage on real property known as 2515 South Church Street, Allentown, PA, 18103, with the consent of the Debtor, Miguel Andres Torres,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor may file its proof of claim; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed an allowed secured claim; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves her right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:        Dated:  3/26/2024

/s/Michael P. Farrington, Esq.
MICHAEL P. FARRINGTON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:        Dated:

/s/ Charles Laputka, Esq.
CHARLES LAPUTKA, ESQ., ATTORNEY FOR DEBTOR

I hereby agree and consent to the above terms and conditions:        Dated: 4/15/24

SCOTT F. WATERMAN., TRUSTEE