**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Miguel Andres Torres <br> _Debtor(s)_ <br><br> MIDFIRST BANK <br> _Movant_ <br> vs. <br><br> Miguel Andres Torres <br> _Debtor(s)_ <br><br> Scott F. Waterman <br> _Trustee_ | CHAPTER 13 <br><br><br> NO. 23-12103 PMM |

**ORDER**

AND NOW, this _____ day of _____, 2024 at Reading, upon consideration of this Stipulation it is hereby  ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____

United States Bankruptcy Judge