# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Miguel Andres Torres <br>                        Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK <br>                        Movant <br>     vs. | NO. 23-12103 PMM |
| Miguel Andres Torres <br>                        Debtor(s) | |
| Scott F. Waterman <br>                        Trustee | |

## **ORDER**

AND NOW, this ___1st___ day of ___May___, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge