United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12103-pmm |
| Miguel Andres Torres | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 01, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miguel Andres Torres, 2515 South Church St., PH, Allentown, PA 18103-6757 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2024        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:**

**Name**      **Email Address**

ALYK L OFLAZIAN
     on behalf of Creditor Discover Bank amps@manleydeas.com

CHARLES LAPUTKA
     on behalf of Debtor Miguel Andres Torres claputka@laputkalaw.com
     jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
     on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor Ginnie Mae Processing mfarrington@kmllawgroup.com

ROBERT W. SEITZER
     on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: May 01, 2024 | Form ID: pdf900 | Total Noticed: 1 |

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Miguel Andres Torres <br> _Debtor(s)_ <br><br> MIDFIRST BANK <br> _Movant_ <br> vs. <br><br> Miguel Andres Torres <br> _Debtor(s)_ <br><br> Scott F. Waterman <br> _Trustee_ | CHAPTER 13 <br><br> NO. 23-12103 PMM |

**ORDER**

AND NOW, this __1st__ day of __May__, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge