United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                             Case No. 23-12103-pmm

Miguel Andres Torres                              Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                  User: admin                                Page 1 of 3

Date Rcvd: Aug 23, 2024                           Form ID: 155                            Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miguel Andres Torres, 2515 South Church St., PH, Allentown, PA 18103-6757 |
| 14830607 | | Berkheimer Tax Administrator, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14799397 | + | FIRST COMMON WEALTH, 257 BRODHEAD RD, BETHELEHEM PA 18017-8938 |
| 14864241 | + | Ginnie Mae Processing, c/o Michael Farrington, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14864524 | + | Ginnie Mae Processing, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14837705 | + | Karalis PC, Attn: Robert W. Seitzer, Esquire, 1900 Spruce Street, Philadelphia, PA 19103-6605 |
| 14799408 | + | UNITED GATEWAY/CHASE, PO BOX 15369, WILMINGTON DE 19850-5369 |
| 14799404 | | WELLS FARGO CARD SERVICE, PO BOX 14167, DES MOINES IA 50306 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14799392 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2024 23:50:23 | AMEX/CBNA, 9111 DUKE BOULEVARD, MASON OH 45040-8999 |
| 14799411 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 23 2024 23:43:00 | BANK OF AMERICA, PO BOX 45144, JACKSONVILLE FL 32232-5144 |
| 14799393 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 23 2024 23:44:00 | BARCLAYS BANK/GAP, 125 S WEST STREET, WILMINGTON DE 19801-5014 |
| 14799407 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 23 2024 23:44:00 | BARCLAYSBANK/GAP, 125 S WEST STREET, WILMINGTON DE 19801-5014 |
| 14799394 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2024 23:50:31 | BEST BUY /CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS SD 57108-5027 |
| 14822997 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 23 2024 23:43:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14799395 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2024 23:50:37 | CAPITAL ONE, 875 PO BOX 31293, SALT LAKE CITY UT 84131-0293 |
| 14822024 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 23:50:29 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14799410 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 23 2024 23:44:00 | DISCOVER BANK/DM, 1 CORPORATE DR, LAKE ZURIC IL 60047-8944 |
| 14799396 | | Email/Text: mrdiscen@discover.com | Aug 23 2024 23:43:00 | DISCOVER BANK, PO BOX 15316, WILMINGTON DE |
| 14842807 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 23 2024 23:44:00 | Discover Bank, 1 Corporate Drive Suite 360, Lake Zurich IL 60047 |
| 14820005 | | Email/Text: mrdiscen@discover.com | Aug 23 2024 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14800332 | | Email/Text: amps@manleydeas.com | Aug 23 2024 23:44:00 | Discover Bank, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

Case 23-12103-pmm    Doc 88    Filed 08/25/24    Entered 08/26/24 00:32:43    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: 155 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14799398 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 23 2024 23:44:00 | FIRST NATIONAL BANK/OMAHA, PO BOX 3412, OMAHA NE |
| 14827135 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 23 2024 23:44:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 14830608 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 23 2024 23:44:00 | IRS Department of Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14840182 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 23 2024 23:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14799399 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 23 2024 23:50:35 | JPMCB CARD, PO BOX 15369, WILMINGTON DE 19801 |
| 14823361 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 23 2024 23:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14799409 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 23 2024 23:50:29 | MIDLAND MORTGAGE/MIDFIRST, 999 NW GRAND BOULEVARD, OKLAHOMA CITY OK 73118-6051 |
| 14881015 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 23 2024 23:50:35 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14830609 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2024 23:44:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14799894 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2024 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14799401 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2024 23:50:22 | SYNCB AMAZON, 4125 WINDWARD PLAZA, ALPHARETTA GA 30005-8738 |
| 14799402 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2024 23:50:23 | SYNCB/SAMS CLUB, 4125 WINDWARD PLAZA, ALPHARETTA GA 30005-8738 |
| 14799403 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2024 23:50:30 | THE HOME DEPOT/CBNA, ONE COURT SQUARE, LONG ISLAND CITY NY 11120-0001 |
| 14835819 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 23 2024 23:50:22 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14864547 | *+ | Ginnie Mae Processing, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Aug 23, 2024 | Form ID: 155 | Total Noticed: 35

Date: Aug 25, 2024          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor Discover Bank amps@manleydeas.com |
| CHARLES LAPUTKA | on behalf of Debtor Miguel Andres Torres claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Ginnie Mae Processing bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Miguel Andres Torres<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−12103−pmm<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: August 22, 2024                                         For The Court

                                                                                                                      Patricia M. Mayer
                                                                                                                      Judge, United States Bankruptcy Court