| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-12103-PMM**

Miguel Andres Torres
2515 South Church St.
PH
Allentown  PA    18103

Petition Filed Date: 07/17/2023
341 Hearing Date: 01/09/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/01/2023 | $1,350.00 | | 12/27/2023 | $1,500.00 | | 01/03/2024 | $700.00 | |
| 01/09/2024 | $1,000.00 | | 01/16/2024 | $500.00 | | 01/29/2024 | $1,120.00 | |
| 03/05/2024 | $1,120.00 | | 04/01/2024 | $1,120.00 | | 04/29/2024 | $1,120.00 | |
| 06/04/2024 | $1,125.00 | | 07/09/2024 | $1,010.00 | | | | |

**Total Receipts for the Period: $11,665.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,915.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $1,828.72 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $257.42 | $0.00 | $0.00 |
| 3 | DISCOVER BANK »» 002 | Unsecured Creditors | $10,586.99 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $6,784.35 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $8,174.80 | $0.00 | $0.00 |
| 7 | FIRST NATIONAL BANK OF OMAHA »» 006 | Unsecured Creditors | $940.34 | $0.00 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,188.00 | $0.00 | $3,188.00 |
| 8 | WELLS FARGO BANK NEVADA NA »» 007 | Unsecured Creditors | $10,277.97 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS) »» 08P | Priority Crediors | $7,946.96 | $0.00 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS) »» 08U | Unsecured Creditors | $329.62 | $0.00 | $0.00 |
| 11 | KARALIS, PC »» 009 | Other Administrative Fees | $3,494.32 | $0.00 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $6,154.36 | $0.00 | $0.00 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $649.16 | $0.00 | $0.00 |
| 14 | DISCOVER BANK »» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12103-PMM**

| 15 | MIDFIRST BANK<br>»»  013 | Mortgage Arrears | $1,810.96 | $0.00 | $0.00 |
|----|--------------------------|------------------|-----------|-------|-------|

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,915.00 | Current Monthly Payment: | $1,105.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($50.00) |
| Paid to Trustee: | $1,291.50 | Total Plan Base: | $68,115.00 |
| Funds on Hand: | $11,623.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.