**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Miguel Andres Torres** | : | Case No.: 23-12103 |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Adam B. Hall**, who shall be substituted for Stephen R. Franks as counsel of record for creditor **Discover Bank** ("Creditor"). Stephen R. Franks is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Stephen R. Franks | /s/ Adam B. Hall |
| Stephen R. Franks (0075345) | Adam B. Hall (323867) |
| MDK Legal | MDK Legal |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| SRFranks@mdklegal.com | ABHall@mdklegal.com |

23-016681_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 23-12103** |
| **Miguel Andres Torres** | : **Chapter 13** |
| | : **Judge Patricia M. Mayer** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **Discover Bank** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Miguel Andres Torres** | : |
| **Scott F. Waterman** | : |
| **Respondents.** | : |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

CHARLES LAPUTKA, Attorney for Miguel Andres Torres, claputka@laputkalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Miguel Andres Torres, 2515 South Church St., PH, Allentown, PA  18103

/s/ Adam B. Hall

23-016681_PS