| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-12103-PMM

| | |
|---|---|
| Miguel Andres Torres | Petition Filed Date: 07/17/2023 |
| 2515 South Church St. | 341 Hearing Date: 01/09/2024 |
| PH | Confirmation Date: 08/22/2024 |
| Allentown  PA    18103 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2024 | $1,250.00 | | 09/10/2024 | $1,120.00 | | 10/07/2024 | $1,120.00 | |
| 11/04/2024 | $1,120.00 | | 12/05/2024 | $1,120.00 | | 01/07/2025 | $1,200.00 | |
| 02/03/2025 | $1,120.00 | | 03/03/2025 | $1,120.00 | | 04/07/2025 | $1,120.00 | |
| 05/05/2025 | $1,200.00 | | 06/03/2025 | $1,120.00 | | 06/30/2025 | $1,120.00 | |

**Total Receipts for the Period:  $13,730.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $25,395.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $1,828.72 | $1,828.72 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $257.42 | $35.03 | $222.39 |
| 3 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $10,586.99 | $1,440.94 | $9,146.05 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $6,784.35 | $923.39 | $5,860.96 |
| 5 | BANK OF AMERICA<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $8,174.80 | $1,112.63 | $7,062.17 |
| 7 | FIRST NATIONAL BANK OF OMAHA<br>»» 006 | Unsecured Creditors | $940.34 | $127.99 | $812.35 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,038.00 | $2,038.00 | $0.00 |
| 8 | WELLS FARGO BANK NEVADA NA<br>»» 007 | Unsecured Creditors | $10,277.97 | $1,398.88 | $8,879.09 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 08P | Priority Crediors | $7,946.96 | $7,946.96 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 08U | Unsecured Creditors | $329.62 | $36.97 | $292.65 |
| 11 | KARALIS, PC<br>»» 009 | Priority Crediors | $3,494.32 | $3,494.32 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $6,154.36 | $837.65 | $5,316.71 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $649.16 | $88.35 | $560.81 |
| 14 | DISCOVER BANK<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12103-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | MIDFIRST BANK<br>»»  013 | Mortgage Arrears | $1,810.96 | $1,810.96 | $0.00 |
| 16 | BERKHEIMER TAX ADMINISTRATOR | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 17 | AMEX/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | BARCLAYS BANK/GAP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | BEST BUY/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | FIRST COMMONWEALTH FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | THE HOME DEPOT - CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | UNITED GATEWAY/CHASE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,395.00 | Current Monthly Payment: | $1,105.00 |
| Paid to Claims: | $23,120.79 | Arrearages: | $730.00 |
| Paid to Trustee: | $2,266.30 | Total Plan Base: | $68,115.00 |
| Funds on Hand: | $7.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.