### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Miguel Andres Torres<br>　　　　　　　　Debtor | CHAPTER 13 |
| MidFirst Bank<br>　　　　　　　　Moving Party<br>　　vs.<br>Miguel Andres Torres<br>　　　　　　　　Debtor | NO. 23-12103 PMM |
| Scott F. Waterman<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this  18th  day of  November , 2025 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge