# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 23-12103** |
| **Miguel Andres Torres** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Capital One, N.A.** | : | **Date and Time of Hearing** |
| Movant, | : | **December 16, 2025 at 10:00 a.m.** |
| | : | |
| vs | : | |
| | : | **Place of Hearing** |
| **Miguel Andres Torres** | : | **201 Penn Street, 4th Floor** |
| **Scott F. Waterman** | : | **Reading, PA 19601** |
| Respondents. | : | |
| | : | **Related Document # 101** |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2026, upon consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_____
PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Adam B. Hall, Attorney for Creditor, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com (notified by ecf)

CHARLES LAPUTKA, Attorney for Debtor, 1344 W. Hamilton St., Allentown, PA  18102, claputka@laputkalaw.com (notified by ecf)

Miguel Andres Torres, Debtor, 2515 South Church St., PH, Allentown, PA  18103 (notified by regular US Mail)

Midland Mortgage/MidFirst, Party of Interest, 999 NW Grand Boulevard, Oklahoma City, OK  73118 (notified by regular US Mail)