**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 23-12103 |
| **Miguel Andres Torres** | : | Chapter 13 |
| | : | Judge Patricia M. Mayer |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Capital One, N.A.** | : | Date and Time of Hearing |
| Movant, | : | December 16, 2025 at 10:00 a.m. |
| vs | : | |
| | : | Place of Hearing |
| **Miguel Andres Torres** | : | 201 Penn Street, 4th Floor |
| **Scott F. Waterman** | : | Reading, PA 19601 |
| Respondents. | : | |
| | : | Related Document # 101 |

## ORDER OF COURT

AND NOW, to wit, this __2nd__ day of __February_____, 2026, upon consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.    The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.    Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Patricia M. Mayer*
_____
PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT