**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Miguel Andres Torres | Chapter 13 |
| Debtor | Bankruptcy No. 23-12103 |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Bank of America, N.A. or its Successor or Assignee, filed a Motion for Relief from the Automatic Stay with the court requesting Relief from the automatic stay as to the collateral commonly known as 2022 Ford Explorer bearing VIN No. 1FMSK8DH6NGA33886.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.       If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 10, 2026 you or your attorney must do all of the following:

(a)       file an answer explaining your position at

United States Bankruptcy Court
For the Eastern District of Pennsylvania
201 Penn Street, Suite 103
Reading, Pennsylvania 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)       mail a copy to the movant's attorney:

Andrew M. Lubin, Esquire
McCabe, Weisberg & Conway, LLC
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Phone: 215-790-1010
Fax: 215-790-1274

2.       If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.       A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on March 17, 2026 at 10:00 a.m. in United States Bankruptcy Court, 201 Penn Street, Suite 103, Reading, Pennsylvania 19601.

4.       If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.       You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

Date: February 24, 2026