**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:      Miguel Andres Torres <br>                         Debtor <br><br> Bank of America, N.A., or its Successor or Assignee <br>                         Movant <br>              vs. <br> SCOTT F. WATERMAN (Chapter 13), Trustee <br> Miguel Andres Torres <br>                         Respondents | Chapter 13 <br> Bankruptcy No. 23-12103 |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF
FROM AUTOMATIC STAY AND CERTIFICATION OF
SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Andrew M. Lubin, attorney for the Movant, Bank of America, N.A., or its Successor or Assignee, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, on the 24th day of February, 2026, upon the following:

Miguel Andres Torres
2515 South Church St.
PH
Allentown, PA 18103

CHARLES LAPUTKA
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee

Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Bank of America, N.A.
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com