**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **Case #   23-12103** |
| **Miguel Andres Torres** | |
| **Debtors** | **CHAPTER 13** |

**O R D E R**

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Chapter 13 Plan (doc # 113, the "Motion"):

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan (doc. # 116) is **APPROVED**.

**BY THE COURT:**

*Patricia M. Mayer*

**Date:**   3/12/26

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**