United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 23-12103-pmm

Miguel Andres Torres                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 12, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

**Recip ID**              **Recipient Name and Address**
db                  +   Miguel Andres Torres, 2515 South Church St., PH, Allentown, PA 18103-6757

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026             Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Discover Bank amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor Discover Bank andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ANDREW M. LUBIN | on behalf of Creditor Bank of America  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| CHARLES LAPUTKA | on behalf of Debtor Miguel Andres Torres ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Ginnie Mae Processing bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | |

District/off: 0313-4                         User: admin                                Page 2 of 2
Date Rcvd: Mar 12, 2026                      Form ID: pdf900                             Total Noticed: 1

      on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MARK A. CRONIN

      on behalf of Creditor JPMorgan Chase Bank  National Association philalaw@aol.com, mccallaecf@ecf.courtdrive.com

MATTHEW K. FISSEL

      on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

ROBERT W. SEITZER

      on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

SCOTT F. WATERMAN [Chapter 13]
      ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]

      on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee

      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
    **Miguel Andres Torres**

**Debtors**

Case #   23-12103

**CHAPTER 13**

**O R D E R**

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Chapter

13 Plan (doc # 113, the "Motion"):

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan (doc. # 116) is **APPROVED**.

**BY THE COURT:**

**Date:**   3/12/26

_____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**