UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Miguel Andres Torres,                          :               Chapter 13
                                                       :
              Debtor                                   :
                                                       :               Case No.   23-12103-pmm
                                                       :
                                                       :

ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #119, the

"Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #124);

AND, the parties having reported the matter settled with a stipulation memorializing the

settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1.  On or before May 13, 2026, the parties shall either file the Stipulation or file a notice

    relisting the Motion for hearing.

2.  Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without

    further notice or hearing.

04/13/2026                                             _____
                                                       PATRICIA M. MAYER
                                                       U.S. BANKRUPTCY JUDGE