United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 23-12103-pmm

Miguel Andres Torres                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                          User: admin                                          Page 1 of 2

Date Rcvd: Apr 13, 2026                                 Form ID: pdf900                                 Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miguel Andres Torres, 2515 South Church St., PH, Allentown, PA 18103-6757 |
| cr | + | JPMorgan Chase Bank, National Association, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 325 Chestnut Street Suite 725, Philadelphia, PA 19106-2607 |
| sp | + | KARALIS PC, 1900 Spruce Street, Philadelphia, Pa 19103-6605 |
| br | + | REMAX, 3110 Hamilton Boulevard, Allentown, Pa 18103-3630 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 14 2026 00:35:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 14 2026 00:36:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 14 2026 00:35:00 | Bank of America, N.A., TX8-044-03-17, 16001 North Dallas Pkwy, Addison, TX 75001-3311 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2026 00:40:26 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                                 Signature:        /s/Gustava Winters

District/off: 0313-4          User: admin          Page 2 of 2

Date Rcvd: Apr 13, 2026          Form ID: pdf900          Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Discover Bank amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor Discover Bank andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ANDREW M. LUBIN | on behalf of Creditor Bank of America  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| CHARLES LAPUTKA | on behalf of Debtor Miguel Andres Torres ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| MARK A. CRONIN | on behalf of Creditor JPMorgan Chase Bank  National Association philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Ginnie Mae Processing bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Miguel Andres Torres,                    :              Chapter 13
                                                 :
            Debtor                               :
                                                 :              Case No.   23-12103-pmm
                                                 :
                                                 :

ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #119, the

"Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #124);

AND, the parties having reported the matter settled with a stipulation memorializing the

settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1. On or before May 13, 2026, the parties shall either file the Stipulation or file a notice

   relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without

   further notice or hearing.

04/13/2026                              PATRICIA M. MAYER
                                        U.S. BANKRUPTCY JUDGE