**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:     Miguel Andres Torres<br>                    Debtor<br><br>Bank of America, N.A., or its Successor or<br>Assignee<br>                    Movant<br>          vs.<br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Miguel Andres Torres<br>                    Respondents | Chapter 13<br>Bankruptcy No. 23-12103 |

**ORDER GRANTING SETTLEMENT STIPULATION**

It is hereby ORDERED that the Stipulation to Settle Motion of Bank of America, N.A. for

Relief from the Automatic Stay is hereby APPROVED.

**Date: May 15, 2026**

_____

Patricia M. Mayer
U.S. Bankruptcy Judge