Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Miguel Andres Torres
2515 South Church St.
PH
Allentown, PA 18103

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 23-12103-PMM**

Petition Filed Date: 07/17/2023
341 Hearing Date: 01/09/2024
Confirmation Date: 08/22/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $1,200.00 | | 10/06/2025 | $1,120.00 | | 11/03/2025 | $1,200.00 | |
| 12/02/2025 | $1,120.00 | | 12/30/2025 | $1,120.00 | | 02/02/2026 | $1,120.00 | |
| 02/24/2026 | $1,259.00 | | 05/11/2026 | $1,200.00 | | 06/08/2026 | $1,120.00 | |
| 06/23/2026 | $1,000.00 | | 06/29/2026 | $9,990.00 | | 07/07/2026 | $9,900.00 | |

**Total Receipts for the Period: $31,349.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $57,864.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $1,828.72 | $1,828.72 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $257.42 | $193.73 | $63.69 |
| 3 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $10,586.99 | $8,215.36 | $2,371.63 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $6,784.35 | $5,264.58 | $1,519.77 |
| 5 | BANK OF AMERICA<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $8,174.80 | $6,343.54 | $1,831.26 |
| 7 | FIRST NATIONAL BANK OF OMAHA<br>»» 006 | Unsecured Creditors | $940.34 | $729.70 | $210.64 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,038.00 | $2,038.00 | $0.00 |
| 8 | WELLS FARGO BANK NEVADA NA<br>»» 007 | Unsecured Creditors | $10,277.97 | $7,975.58 | $2,302.39 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 08P | Priority Crediors | $7,946.96 | $7,946.96 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 08U | Unsecured Creditors | $329.62 | $248.07 | $81.55 |
| 11 | KARALIS, PC<br>»» 009 | Priority Crediors | $3,494.32 | $3,494.32 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $6,154.36 | $4,775.71 | $1,378.65 |

**Chapter 13 Case No. 23-12103-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $649.16 | $503.74 | $145.42 |
| 14 | NEWREZ LLC D/B/A<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | MIDFIRST BANK<br>»» 013 | Mortgage Arrears | $1,810.96 | $1,810.96 | $0.00 |
| 16 | BERKHEIMER TAX ADMINISTRATOR | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 17 | AMEX/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | BARCLAYS BANK/GAP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | BEST BUY/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | FIRST COMMONWEALTH FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | THE HOME DEPOT - CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | UNITED GATEWAY/CHASE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | NEWREZ LLC D/B/A<br>»» 014 | Mortgage Arrears | $1,741.30 | $1,741.30 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $57,864.00 | Current Monthly Payment: | $1,181.00 |
| Paid to Claims: | $53,110.27 | Arrearages: | ($18,503.00) |
| Paid to Trustee: | $4,740.00 | Total Plan Base: | $70,067.00 |
| Funds on Hand: | $13.73 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.